-O-

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jose Luis Palos Hernandez

Defendant.

2:07-CR-1110-GHK

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply with conditions of release. Also, defendant's criminal history suggests a risk to safety of persons/community.

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/conditions of release. Also, no bail resources/sureties.

IT IS ORDERED that defendant be detained.

DATED: 3/21/11

[signature]

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE